IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

MILTON ROSS, )
 )
    Plaintiff, )
 )
v. ) CASE NO. CV411-114
 )
ERIC FOGAM, JACK KOON, ROBERT )
B. HUMES, and DAVID MILTON, )
 )
    Defendants. )
 )

## O R D E R

Before the Court is the Magistrate Judge's Report and Recommendation (Doc. 14), to which objections have been filed (Docs. 16-17).[1] However, the Court finds Plaintiff's objections to be without merit. After a careful de novo review, the Court concurs with the Magistrate Judge's Report and Recommendation, which is **ADOPTED** as the order of this Court. Accordingly, this case is **DISMISSED WITHOUT PREJUDICE** and the Clerk of Court is **DIRECTED** to close this case.

SO ORDERED this 15th day of July 2011.

WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

---

[1] The Court has construed Plaintiff's "Motion for Reconsideration and Objection to the Order and Recommendation of U.S. Magistrate Judge" as solely an objection to the report and recommendation. (Doc. 17.) Regardless, plaintiff's arguments have been considered by the Court. The Clerk of Court is **DIRECTED** to terminate this motion.