IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

MILTON ROSS, )
)
    Plaintiff, )
)
v. ) CASE NO. CV411-114
)
ERIC FOGAM, Medical Director; )
WARDEN JACK KOON; ROBERT B. )
HUMES, Deputy Warden of Care )
and Treatment; and DAVID )
MILTON, H.S. Administrator, )
)
    Defendants. )
)

## ORDER

Before the Court is Plaintiff's Motion for Default Judgment (Doc. 20) and Motion to Appoint Counsel (Doc. 21), which were filed in October of 2012. The Court dismissed this case and entered judgment on July 15, 2011 (Doc. 18; Doc. 19), thereby rendering Plaintiff's motions moot. Accordingly, Plaintiff's motions are **DISMISSED AS MOOT**.

SO ORDERED this 9th day of May 2013.

WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA